UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1788

JAMES ARTHUR YOUNG, Candidate for US Senate, MD,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; UNITED STATES DE-
PARTMENT OF JUSTICE; UNITED STATES DEPARTMENT
OF DEFENSE; NATIONAL SECURITY AGENCY; CENTRAL
INTELLIGENCE AGENCY; HOUSING & URBAN DEVELOP-
MENT; NATIONAL AERONAUTICS; NATIONAL AERO-
NAUTICS AND SPACE AGENCY (NASA); SOCIAL
SECURITY ADMINISTRATION, and other agencies;
STATE OF MARYLAND DEPARTMENT OF LABOR,
LICENSING AND REGULATION, Glen Burnie Office;
UNEMPLOYMENT INSURANCE ADMINISTRATION; BELL
ATLANTIC CORPORATION; SPRINT; COMPUTER BASED
SYSTEMS, INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-
1479-L)

Submitted: September 30, 1999        Decided: October 5, 1999

Before NIEMEYER, WILLIAMS,* and MICHAEL, Circuit Judges.

_____

    * Judge Williams did not participate in consideration of this
case. The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. S 46(d).

Affirmed by unpublished per curiam opinion.

James Arthur Young, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Arthur Young appeals the district court's order dismissing his civil action as legally frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Young v. United States, No. CA-99-1479-L (D. Md. June 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED